IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEUTSCHE BANK NATIONAL TRUST COMPANY,

    Plaintiff,

  v.

ANGEL CHAVEZ and ADRIANA CHAVEZ,

    Defendants.

No. C 12-04254 WHA

**ORDER TO SHOW CAUSE**

On August 27, 2012, plaintiff Deutsche Bank National Trust Company filed a motion to remand this unlawful detainer action (Dkt. No. 8). Defendants, who are pro se, were required to respond by September 13. No response was received.

Defendants are hereby **ORDERED TO SHOW CAUSE** why the motion to remand should not be granted. Defendants must file a written response to this order by **SEPTEMBER 28**. If no response is filed, plaintiff's motion to remand may be granted. The hearing set for October 4 is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: September 17, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE